# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Moses Gibson,<br><br>    Plaintiff,<br><br>v.<br><br>Richland County,<br><br>    Defendant. | C/A NO.: 3:24-CV-06265-MGL-PJG<br><br><br>**NOTICE OF SETTLEMENT** |

The parties to this matter have reached a settlement. The parties request the entry of a conditional order of dismissal ("Rubin Order") allowing the parties an additional sixty days to effect the agreed-to settlement.

Respectfully submitted,

| **RILEY POPE & LANEY, LLC** | **CALDWELL LAW FIRM, LLC** |
|---|---|
| *s/ Peter M. Balthazor* | *s/Darryl C. Caldwell, Esq.* |
| Peter M. Balthazor, Fed ID No. 9236 | Darryl C. Caldwell |
| J. Chris Ocampo, Fed ID No. 14377 | Darius Stephens-York, Esq. |
| Post Office Box 11412 | 140 Wildewood Park Drive, Palmetto Suite 103 |
| Columbia, South Carolina 29211 | Columbia, SC 29223 |
| Telephone (803) 799-9993 | Telephone (803) 542-0431 |
| Facsimile (803) 239-1414 | Facsimile (803) 74-8263 |
| Email: Peteb@rplfirm.com | Email: dcaldwell@dcaldwelllawfirm.com |
| Attorneys for Defendant Richland County | Attorneys for Plaintiff Moses Gibson |

Columbia, South Carolina
December 31, 2025