UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Moses Gibson, | C/A NO.: 3:24-CV-06265-MGL-PJG |
| Plaintiff, | |
| v. | STIPULATION OF DISMISSAL WITH PREJUDICE |
| Richland County, | |
| Defendant. | |

The Plaintiff and the Defendant, by and through their undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of Defendants Richland County, with each party to bear its own costs.

WE SO STIPULATE:

| RILEY POPE & LANEY, LLC | CALDWELL LAW FIRM, LLC |
|---|---|
| *s/ Peter M. Balthazor* | *s/Darryl C. Caldwell* |
| Peter M. Balthazor, Fed ID No. 9236 | Darryl C. Caldwell |
| Post Office Box 11412 | Darius Stephens-York |
| Columbia, South Carolina 29211 | P.O. Box 23986 |
| Telephone (803) 799-9993 | Columbia, SC 29224 |
| Facsimile (803) 239-1414 | Phone: 803-542-0431 |
| Email: peteb@rplfirm.com | Fax:    803-745-8263 |
| | Email: dcaldwell@dcaldwelllawfirm.com |
| Attorneys for Defendant Richland County | Attorneys for the Plaintiff Moses Gibson |

Columbia, South Carolina
January 15, 2026

1